**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jhante Robbins, Marcus Bess, and Catrina Palmer,
Defendants,

Of whom Jhante Robbins is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-001392

———————————

Appeal From Lexington County
Robert E. Newton, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-042
Submitted January 24, 2024 – Filed February 1, 2024

———————————

**AFFIRMED**

———————————

Nancy Carol Fennell, of Irmo, for Appellant.

Amanda Mange Scott, of Ken Allen & Associates, LLC, of Chapin, as the Guardian ad Litem for Appellant.

Jordan Alexander McWilliams, of South Carolina Department of Social Services, of Lexington, for Respondent.

Thomas M. Neal, III, of Law Offices of Thomas M. Neal, III, of Columbia, as the Guardian ad Litem for the children.

---

**PER CURIAM:** Jhante Robbins appeals the family court's order removing her minor children from her custody, finding she physically neglected the children and placed them at substantial risk for abuse, granting Catrina Palmer legal and physical custody, and allowing the Department of Social Services to forego reasonable efforts at reunification. *See* S.C. Code Ann. § 63-7-1660(E) (2010) (setting forth findings a family court must make when removing children from the custody of their parents); S.C. Code Ann. § 63-7-1640(C) (Supp. 2023) (setting forth situations when a family court may authorize DSS to forego reasonable efforts at family reunification). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987),[1] we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Robbins's counsel.

**AFFIRMED.**[2]

**MCDONALD and VINSON, JJ., and LOCKEMY, A.J., concur.**

---

[1] *See also S.C. Dep't of Soc. Servs. v. Downer*, S.C. Sup. Ct. Order dated Feb. 2, 2005 (expanding the *Cauthen* procedure to situations when "an indigent person appeals from an order imposing other measures short of termination of parental rights").

[2] We decide this case without argument pursuant to Rule 215, SCACR.